# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELANIE H. CASTANEDA, | Case No. 1:21-cv-03138 |
| Plaintiff, | |
| v. | Honorable Jorge L. Alonso |
| HARRIS & HARRIS, LTD., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MELANIE H. CASTANEDA, and the Defendant, HARRIS & HARRIS, LTD., through their respective counsel that the above-captioned action is dismissed, with prejudice, against, HARRIS & HARRIS, LTD., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 22, 2021               Respectfully Submitted,

**MELANIE H. CASTANEDA**             **HARRIS & HARRIS, LTD.**

*/s/ Nathan C. Volheim*                */s/ Louis J. Manetti, Jr. (with consent)*
Nathan C. Volheim (#6302103)           Louis J. Manetti, Jr.
*Counsel for Plaintiff*                *Counsel for Defendant*
Sulaiman Law Group, LTD                Hinshaw & Culbertson LLP
2500 S. Highland Avenue, Suite 200     151 North Franklin Street, Ste. 2500
Lombard, Illinois 60148                Chicago, Illinois 60606
Phone: (630) 575-8181                  Phone: (312) 704-3000
Fax: (630) 575-8188                    Fax: (312) 704-3001
nvolheim@sulaimanlaw.com               lmanetti@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Nathan C. Volheim
Nathan C. Volheim